

April 11, 2014

**CHRISTINE A. KNIPPER**
617.422.5344(direct)
Christine.Knipper@wilsonelser.com

**VIA ECF**
Judge Mark L. Wolf
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Courtroom 10, 5th Floor
Boston, MA 02110

Re:   Jackson v. Mallinckrodt Inc., et al.; Case No.: 1:13-cv-11031-MLW
      Our File No.: 14119.00030

Dear Judge Wolf:

I represent the defendant Mallinckrodt LLC in the above-captioned matter and I write this letter with the assent of Plaintiffs. This letter was sent to plaintiffs' counsel for review and approval prior to filing it with ECF. The contents of this letter and the relief sought herein were discussed between the parties. **The relief requested herein is a joint request by the parties to extend the stay in this case up to and including April 25, 2014, while the parties continue with settlement discussions.**

Specifically, at the March 6, 2014 Scheduling Conference before this Honorable Court, the parties expressed their willingness to engage in settlement discussions. As a result, the action was stayed through April 11, 2014 and the Court ordered that the parties confer and report, by April 11, 2014, whether they agreed to a settlement of the case.

The parties have been in settlement discussions and have made progress towards reaching a possible resolution. However, the parties state that they require additional time beyond April 11 to discuss resolution and engage in settlement discussions. As such, the parties respectfully request that the stay be extended up to and including April 25, 2014, so that they can continue with their settlement discussions.

The parties thank the Court for its consideration of their request.

Respectfully submitted,

/s/ Christine A. Knipper
Counsel for Mallinckrodt LLC

Approved and Assented to:
/s/ Raymond Silverman
Counsel for Plaintiffs

So Ordered.

CAK/bmh

260 Franklin Street, 14th Floor • Boston, MA 02110 • p 617.422.5300 • f 617.423.6917

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington DC • West Palm Beach • White Plains
Affiliates  Berlin • Cologne • Frankfurt • Munich • Paris

**wilsonelser.com**

1026477v.1
1026877v.1